FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                             Page 1 of 2
3:08cr83-004LAC - CORPORATE HORIZONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                                     Case # 3:08cr83-004LAC

**CORPORATE HORIZONS, INC.**

                                            **Defendant's Attorney:**
                                            Ronald W. Johnson (Retained)
                                            438 East Government Street
                                            Pensacola, Florida 32502

_____

### JUDGMENT IN A CRIMINAL CASE

Venkatesh Aelogonda, acting on behalf of the defendant, pled guilty to Counts One and Two of the Indictment on October 22, 2008. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such counts which involve the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 371 and 1546(a) | Conspiracy to Commit Visa Fraud | September 16, 2008 | One |
| 18 U.S.C. §§ 1956(a)(1)(A)(i) and (B)(i), and (h) | Conspiracy to Commit Money Laundering | September 16, 2008 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

                                              Date of Imposition of Sentence:
                                              January 29, 2009

                                              *s/L.A. Collier*
                                              LACEY A. COLLIER
                                              SENIOR UNITED STATES DISTRICT JUDGE

                                              February 2, 2009

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 2 of 2*
*3:08cr83-004LAC - CORPORATE HORIZONS, INC.*

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court.  Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $200.00 | $1.00 | $0 |

### SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$200.00** is imposed and is to be paid immediately.

.                                              **FINE**

**A fine of $1.00 is imposed.**

### FORFEITURE

**Preliminary Order of Forfeiture entered on January 29, 2009.**